414

[Nos. 34684-9-I; Division One. April 3, 1995.]

HARRIET WALDEN, ET AL, *Respondents*, v. THE CITY OF
SEATTLE, ET AL, *Appellants*.

The opinion in the above captioned case which appeared
in the advance sheets at 77 Wn. App. 414-420 will not be
published in this permanent bound volume pursuant to an
order of the Court of Appeals dated May 16, 1995, directing
that the opinion be withdrawn. See 77 Wn. App. 784.